IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-619-KDB-DCK

| | |
|---|---|
| NICHOLAS FRANCIS, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| TOWN OF MINT HILL, CASSANDRA SCOTT, and STEPHEN LANG, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Unopposed Motion For Order Excusing Individual Police Officer Defendants From Attending Mediation" (Document No. 18) filed December 13, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the consent of the mediator and no objection from Plaintiff, the undersigned will grant the motion.

By the instant motion, Defendants seek to excuse Defendant Lang and Defendant Scott "from personally attending the scheduled mediation in this case." (Document No. 18). Defendants assert "the personal participation of Lang or Scott at mediation is unnecessary, as…counsel will be in attendance with both a representative of the Town of Mint Hill and a claims representative from the North Carolina League of Municipalities with settlement authority." Id.

**IT IS, THEREFORE, ORDERED** that Defendants' "Unopposed Motion For Order Excusing Individual Police Officer Defendants From Attending Mediation" (Document No. 18) is

**GRANTED**. Defendants Stephen Lang and Cassandra Scott are excused from personally attending the parties' mediation on **January 10, 2025**.

    **SO ORDERED**.

Signed: December 17, 2024

David C. Keesler
United States Magistrate Judge